1  CASONDRA K. RUGA (SBN 237597)
   **ALSTON & BIRD LLP**
2  333 South Hope Street
   Sixteenth Floor
3  Los Angeles, California 90071
   Telephone:  (213) 576-1000
4  Facsimile:   (213) 576-1100
   E-mail:  casondra.ruga@alston.com
5
   LARRY C. JONES (Admitted *Pro Hac Vice*)
6  **ALSTON & BIRD LLP**
   101 South Tryon Street, Suite 4000
7  Charlotte, North Carolina 28280-4000
   Telephone:  (704) 444-1019
8  Facsimile:   (704) 444-1759
   E-mail:  larry.jones@alston.com
9
   Attorneys for Plaintiffs,
10 GAKM RESOURCES LLC and
   GOLDTOEMORETZ, LLC
11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14 GAKM RESOURCES LLC and              Case No.:  **CV10-4979 RSWL (PJWx)**
   GOLDTOEMORETZ, LLC,
15
           Plaintiffs,
16                                      **PERMANENT INJUNCTION
           v.                           ORDER ON CONSENT**
17
   GARMENT GROUP, INC.,
18
           Defendant.
19

WHEREAS Plaintiffs GAKM Resources LLC (hereafter "GAKM") and GoldToeMoretz, LLC (hereafter "GoldToeMoretz") have filed this action against Defendant Garment Group, Inc. ("GGI"), for violation of the Lanham Act, 15 U.S.C. §§ 1051 et seq., and California Bus. & Prof. Code § 17200 et seq., and common law unfair competition;

WHEREAS Defendant GGI, having entered into a settlement agreement with Plaintiffs and having stipulated, without any admission of liability, to entry of a permanent injunction; and

WHEREAS, the parties, having indicated below their consent to the form and entry of this Permanent Injunction Order on Consent;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Defendant GGI, its officers, agents, servants, employees and attorneys, and those in active concert or participation with it, who receive actual notice hereof, be and hereby are permanently ENJOINED from:

    a. Infringing, in any manner, Plaintiffs' registered trademarks, including but not limited to: the Gold Toe Design Mark (the subject of U.S. Trademark Registration No. 308,608); and the Gold Ring Design Mark (the subject of U.S. Trademark Registration No. 3,119,227) (collectively the "GOLDTOE Marks");

    b. Imitating, copying, or making unauthorized use of the GOLDTOE Marks;

    c. Manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying any product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of the GOLDTOE Marks;

    d. Using any simulation, reproduction, counterfeit, copy or colorable imitation of the GOLDTOE Marks in connection with the promotion, advertisement, sale, offering for sale, manufacture, production, circulation, or distribution of any

1  product, in any way, that would tend to imply or from which one could infer any
2  relationship, connection, or association between GGI and Plaintiffs or GGI and the
3  GOLDTOE Marks;

4      e.   Using the GOLDTOE Marks in connection with any products not
5  manufactured by Plaintiffs or their authorized agents or licensees;

6      f.   Engaging in any other activity that constitutes an infringement of
7  either of the GOLDTOE Marks or Plaintiffs' rights therein or their ability to use or
8  exploit those marks;

9      g.   Representing themselves, in any way, as authorized, by license,
10  sponsorship or otherwise, to use the GOLDTOE Marks;

11      h.   Assisting, aiding, or abetting any other person or business entity in
12  engaging in or performing any of the activities referred to in subparagraphs (a)
13  through (g) above.

14  DATED: December 28, 2010    CASONDRA K. RUGA
15      LARRY C. JONES
       **ALSTON & BIRD LLP**

17      /s/ Casondra K. Ruga
18      Casondra K. Ruga
       Attorneys for Plaintiffs

19      GAKM RESOURCES LLC and
       GOLDTOEMORETZ, LLC

22  DATED: December 28, 2010    JEFFREY I. ABRAMS
23      **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

25      /s/ Jeffrey I. Abrams
       Jeffrey I. Abrams
       Attorneys for Defendant

       GARMENT GROUP, INC.

1 | IT IS SO ORDERED:

2 | Dated: December 29, 2010      __RONALD S.W. LEW__

3 |                                            Hon. Ronald S. W. Lew
U.S. District Judge